■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL A. GARCIA, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of JOSEPH ZABRZENSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. BUCKLEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MILLER, Appellant.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ FRANKLIN L. JOHNSON, Plaintiff, v. NEW YORK CENTRAL RAILROAD Co., Defendant and Third-Party Plaintiff. GENERAL MOTORS CORP. (CHEVROLET MOTOR DIVISION), Third-Party Defendant.— Appeal dismissed, without costs, upon stipulation.

FIRST DEPARTMENT, OCTOBER, 1957

(October 1, 1957)

■ MARTIN MUNKACSI, Respondent, v. HELEN L. MUNKACSI, Appellant.— It is clear that the default in this case was not inadvertent. However, defendant claims that she was misled by the legal advice she received. In view of the fact that this action would finally determine the matrimonial status of the parties it should not be disposed of on default. We feel therefore that the default should be opened (Steele v. Steele, 3 A D 2d 826; Vanderhorst v. Vanderhorst, 282 App. Div. 312). This relief will be granted only on condition that defendant will submit the question of custody of the child to the jurisdiction of this court and will bring the child before the court for that purpose. Order reversed and motion to vacate default granted, without costs. Settle order. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ JUANITA JONES, Appellant, v. WENDY REALTY, INC., et al., Respondents.— The order denying this case a preference under rule V of the New York County Supreme Court Trial Term Rules should be affirmed. The only claimed injury which would warrant a preference is an alleged herniated intervertebral disc. If there were merely a difference of opinion between the doctors as to the existence of such an injury we would be inclined to grant the preference. But here the affidavit of plaintiff's own doctor does not state that she has a herniated disc with that degree of certainty which would be required to present such an issue to the jury. In the circumstances we are left entirely to speculation as to her claim. Order affirmed, with $20 costs and disbursements. The appeal from the order of the Supreme Court, New York County, entered on the 10th day of April, 1956 is dismissed. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See post, p. 861.]

■ ERNST A. MENTOR, Respondent. v. JOHN K. COLGATE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal dismissed. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.